UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                                                     Chapter 11

    MouseROAR, LLC,                                    Case No.  25-10984 (MEW)

              Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## LOCAL RULE STATEMENT

I, Anne Estolino, Managing Member and owner of MouseRoar, LLC (the "Debtor") state under penalty of perjury, as follows:

1.      I am submitting this affidavit pursuant to the local rules of this Court in support of the Debtor's Chapter 11 filing.

2.      On May 13, 2025, the Debtor filed a Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

3.      The Debtor is a  New York production company for the production of branded entertainment for Television and films.

4.      The Debtor is embroiled in a lawsuit with its partner The Freemont Street Experience Limited Liability Company ("FSE") as relates to the limited liability company Paved In 25, LLC ("P25").

5.      The Debtor produced 9 scripted episodes ("the Series") to showcase FSE's member casino owners, their properties, and celebrity personalities of Downtown Las Vegas.

6.      MouseRoar was to distribute the films pursuant to agreement.

7.      FSE after management changes, determined that it did not want the

Debtor to distribute the films and has blocked further distribution.

8.      Debtor filed this bankruptcy case to protect it from its creditors and to

promote the distribution of the Films.

**INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007**

In addition to the foregoing, Local Bankruptcy Rule 1007-2 requires certain information

related to the Debtor, which is set forth below.

**Local Rule 1007-2(a)(1)**

9.      The Debtor's business is the production of films or TV shows and in

this particular case shows that were made for P25 entitled "It's the Downtown Vegas Reality

Show"). The Debtor needed to file bankruptcy to protect itself from a vituperate lawsuit that

left the Debtor with little funds to proceed with business.

**Local Rule 1007-2(a)(2)**

10.     This case was not commenced under chapter 7 or 13 of the Bankruptcy

Code.

**Local Rule 1007-2(a)(3)**

11.      No formal or informal committees of creditors or other interest

holders has been organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-(2)(a)(4)**

12.      The names and addresses of the twenty (20) largest unsecured

creditors excluding those creditors who (i) would not be entitled to vote at a creditors'

meeting under 11 U.S.C Section 702; (ii) such creditors who were employees of the Debtor at

the time of the filing of the petition for reorganization; and (iii) creditors who are insiders as

that term is defined in 11 U.S.C. Section 101(31) are attached hereto as **Exhibit A**.

**Local Rule 1007-(2)(a)(5)**

13.    There are no known secured creditors.

**Local Rule 1007-(2)(a)(6)**

14.    As required by Local Bankruptcy Rule 1007-2(a) (6), a summary of

assets and liabilities is as set forth on **Exhibit "B"** attached hereto.

**Local Rule 1007-(2)(a)(7)**

15.    There are no publicly held securities.

**Local Rule 1007-(2)(a)(8)**

16.    None of the Debtor's property is in the possession or custody of any

custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent

for any such entity.

**Local Rule 1007-(2)(a)(9)**

17.    This provision does not apply to the Debtor.

**Local Rule 1007-(2)(a)(10)**

18.    The Debtor's assets consist mainly of it 50% ownership of P25.

**Local Rule 1007-(2)(a)(11)**

19.    There is one pending action against the Debtor captioned *The Fremont*

*Street Experience Limited Liability Company v. MouseRoar LLc.* (index no.: A-25-911877-

b)(District Court, Clark County, Nevada.

**Local Rule 1007-(2)(a)(12)**

20.    Only the undersigned can be considered senior management.

**Local Rule 1007-(2)(b)(1) and (2)**

21.    There is no monthly payroll.

**Local Rule 1007-(2)(b)(3)**

22.    Rent in the amount of approximately $5,000 to $6,000 is going to commence beginning in July.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York,
May 28, 2025

> /s/*Anne Estonilo*
> Anne Estonilo, Managing Member

# EXHIBIT A

25-10984-mew Doc 1 Filed 05/13/25 Entered 05/13/25 12:07:17 Main Document Pg 6 of 297

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | MouseROAR LLC | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number (if known): | _____ | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                                          **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express 200 Vesey Street New York, NY 10285-3106 New York, NY 10285 | | | Contingent Disputed | | | $28,000.00 |
| Fremont Street Experience Ltd. Liability 425 Fremont Street, Suite 250 Las Vegas, NV 89101 | | Litigation regarding Paved In 25, LLC owned by Debtor and Freemont Street Experience Ltd. Liability | Disputed | | | $0.00 |
| Garman Turner Gordon 7251 Amigo Street, Suite 210 Las Vegas, NV 89119 | | Legal Fees and Costs | Disputed | | | $32,786.00 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

**EXHIBIT B**

| Assets: | |
|---|---|
| Checking Account | $    1,000 |
| Aged Accounts Receivable | $816,100 |
| 50% Interest in Paved IN 25 LLC | Unknown |
| **Liabilities:** | |
| Unsecured Debt | $115,786 |
| | |
| **Equity** | **$701,314** |