UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: 25-10984 (MEW) |
|     MOUSEROAR, LLC, | Chapter 11 |
|                   Debtor. | **AFFIRMATION** |

-------------------------------------------------------x

STATE OF NEW YORK      )
                                ) ss:
COUNTY OF WESTCHESTER  )

      H. Bruce Bronson, an attorney duly admitted to practice law in the state of New York and before the Courts of this district, affirms the following under penalty of perjury:

      1.    I am an attorney at law duly admitted to practice in the State of New York and in this Court and I am the owner of the firm Bronson Law Offices, P.C. (the "Firm") which has been engaged by the debtor MOUSEROAR, LLC (the "Debtor"), as its bankruptcy counsel in this case.

      2.    The Firm maintains offices for the practice of law at 480 Mamaroneck Avenue, Harrison, NY 10528.

      3.    The Firm is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code, in that it:

           a.    is not a creditor, equity security holder, or insider of the Debtor;

           b.    is not and was not a director, officer or employee of the Debtor (who is in individual);

           c.    does not have any interest materially adverse to the interest of the estate, of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason; and

        d.    does not have any connection with the United States Trustee, or any person employed in the Office of the United States Trustee.

4.    Attached hereto as **Exhibit "A"** is a list of people or entities that the Firm has reviewed in determining that it is disinterested and does not have a conflict. Conflict checks were run against all known creditors and parties in interest. To the best of the undersigned's knowledge upon such review, Firm does not have any interests adverse to the Debtor or that could otherwise present a conflict between Firm or its attorneys and the Debtor. The undersigned also that no conflict exists between Firm or its attorneys, the Debtor, creditors, the United States Trustee's office and the estate.

5.    Further, pursuant to Federal Rules of Bankruptcy Procedure 2014, the undersigned has no connections with the Debtor (other than as attorney in this bankruptcy), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

6.    The undersigned is the attorney who will bear primary responsibility for the representation sought to be approved herein; however, the Firm and all of its attorneys are individuals who fulfill the description of a "disinterested person" and members other than the undersigned may appear on behalf of the Debtor from time to time.

7.    Firm does not and will not share fees with any professionals or others as relates to this matter.

8.    Firm has received a retainer for the present bankruptcy filing in the amount of $5,000 from a third party plus $1,738 from the Debtor for the filing fee. At the time of filing no money was owed to Firm by Debtor, or any funds that were owed were waived. Firm will maintain time records of services rendered in connection with the case and will file periodic fee applications for approval of fees and costs by the Court.

9. Firm is willing to be retained by the Debtor as counsel and will bill at the rate of $550 per hour for H. Bruce Bronson[1], and $150.00 to $250.00 per hour for non-attorney (paralegal) personnel time, based on seniority and experience. In the event rates increase, Firm will notify the Debtor, the Office of the U.S. Trustee and the Court of any increased rates. In addition, Firm intends to seek reimbursement of certain expenses it will incur as part of its fee application(s) to be filed in this case.

10. The undersigned believes that Firm is competent to represent the interests of the Debtor on whose behalf representation is now sought in all proceedings now pending, or which may reasonably be expected to be pending in this Court in the foreseeable future.

Dated: Harrison, NY
September 22, 2025

Respectfully Submitted,

*/s/ H. Bruce Bronson*
H. Bruce Bronson, Esq.
BRONSON LAW OFFICES P.C.
*Proposed Counsel for Debtor*
480 Mamaroneck Ave.
Harrison, NY 10528
914-269-2530 (tel.)
888-908-6906 (fax)

---

[1] The Firm has Of Counsel attorneys who bill at the rate of $475 to $550 per hour.