UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

    MOUSEROAR LLC                              Chapter 11
                                                                  Case No: 25-10984 (MEW)
                              Debtor.

---------------------------------------------------------------x

**APPLICATION AND AFFIRMATION TO WITHDRAW AS COUNSEL FOR DEBTOR PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL BANKRUPTCY RULE 2090-1**

H. Bruce Bronson, an attorney duly admitted to practice before this Court of the State of New York and the Southern District of New York ("Counsel"), affirms under penalty of perjury as follows:

1. I am familiar with the facts and circumstances of this case.

2. During the course of my representation of MOUSEROAR LLC (the "Debtor") we filed a chapter 11 bankruptcy petition with exhibits and schedules. We engaged in expedited discovery and represented the Debtor in an evidentiary hearing related to Paved In 25, LLC ("Paved In"), a company of which the Debtor owns 50%, which also filed bankruptcy. Additionally, we prepared the required documents for the 341 meeting of creditors and attended the 341 meeting. We filed a bar date motion and an objection to a motion to dismiss and for stay relief and attended the hearing for such motion. My office prepared operating reports and filed them on the docket.

3. We have come to an impasse with the Debtor regarding the case and have been terminated as counsel by the Debtor's principal.

4. We utilized the retainer funds we received in pre-petition preparation of this case.

5.     While we have spent a considerable amount of time on this case we do not intend on pursuing additional fees.

6.     No prior application for relief requested herein has been made.

**WHEREFORE,** it is respectfully requested that this application be granted in its entirety.

Dated: September 29, 2025
Harrison, New York

                                                                                   Bronson Law Offices PC
                                                                                   *s/ H. Bruce Bronson*
                                                                                    H. Bruce Bronson, Esq.